UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN WAYNE QUICK , ID#1243617,     )<br>            Petitioner,                                     )<br>vs.                                                              )           No. 3:14-CV-3008-B (BH)<br>                                                                  )<br>WILLIAM STEPHENS, Director,               )           Referred to U.S. Magistrate Judge<br>Texas Department of Criminal                  )<br>Justice, Correctional Institutions Division, )<br>            Respondent.                                  ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The motion for partial judgment is **DISMISSED**. By separate judgment, the request for habeas corpus relief brought pursuant to 28 U.S.C. § 2254 is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

SIGNED this   6th    day of January, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE